PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JIN S. CHOI, State Bar No. 180270
jchoi@lbaclaw.com
ALEXANDRA B. ZUIDERWEG, State Bar No. 270177
azuiderweg@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Los Angeles County District Attorney's Office

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN T. ZABASKY, an individual, | Case No. CV 11-3806-GW(RZx) |
| Plaintiff, | Honorable George H. Wu |
| vs. | |
| AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation; AMERICAN HOME ASSURANCE CO., a New York corporation; LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE, a Public Entity | **JUDGMENT IN FAVOR OF DEFENDANT LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE** |
| Defendants. | |

The Court having entered an Order granting the Motion for Judgment on the Pleadings by Defendant LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE and dismissing with prejudice the federal claim brought against Defendant LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE:

1

IT IS ORDERED AND ADJUDGED, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that there is no just reason for delay in entering full and final judgment in favor of Defendant LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE and against Plaintiff JOHN T. ZABASKY.

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that judgment shall be entered in favor of Defendant LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE and against Plaintiff JOHN T. ZABASKY. Defendant LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE shall be entitled to costs of suit incurred herein pursuant to Local Rule 54-1.

Dated: November 14, 2011

_____
HONORABLE GEORGE H. WU
United States District Judge